JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| April Parker,<br><br>    Plaintiff,<br><br>    vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-01972-AC<br><br>STIPULATION AND |~~PROPOSED~~| ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from  August 15, 2022 to September 29, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.

    In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR) from the Eastern

District. A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

Additionally, for the weeks of August 1, 2022 and August 8, 2022, Counsel currently has 18 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 22, 2022                PENA & BROMBERG, ATTORNEYS AT LAW

By: /s/ Jonathan Omar Pena
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: July 25, 2022                PHILLIP A. TALBERT
                                    United States Attorney
                                    PETER K. THOMPSON
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration


By:  */s/ Andrea Banks
     Andrea Banks
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on July 25, 2022)

## |~~PROPOSED~~| ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 2, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE